## KELLOGG & REED *against* WILDER.

IN ERROR, on *certiorari* to a Justice's Court.

The defendant in error brought an action of trespass, in the court below, against the plaintiffs in error, for taking his cow. The facts proved at the trial are altogether unimportant; it is sufficient to state, that the plaintiff below showed a bare possession, without any property in the cow; and that the defendant, *Kellogg*, proved a property in him-

*margin note:* NEW-YORK, October, 1818.

KELLOGG v. WILDER

*margin note:* A justice of the peace has no right, during a trial before him, to permit the parties to treat the jury with spirituous liquor.

self, the other defendant acting as his assistant in driving away the cow.

After the evidence on the trial in the court below had closed, each of the parties, by permission of the justice, treated the jury with a bottle of whiskey, in order, as the return states, " to enable them to listen to the remarks of counsel." A verdict and judgment were rendered for the plaintiff below.

*Per Curiam.* Independent of the gross misconduct of the justice, in permitting such an improper use of spirituous liquor at the trial, for which the consent of parties affords no excuse, the verdict was decidedly wrong upon the evidence.

Judgment reversed.